

**U.S. Department of Justice**

*United States Attorney's Office*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

<u>Address:</u>
*222 West Washington Avenue, Suite 700*
*Madison, WI 53703*

October 24, 2017

Richard A. Williams
Sr. U.S. Probation Officer
U.S. Probation-Pretrial Services Office
222 West Washington Avenue, Suite 340
Madison, WI 53703

    Re:    *United States v. Richard Ugbah*
            Case No. 15-cr-038-jdp

Dear Mr. Williams:

    I have reviewed the presentence report prepared in this case and the United States has no objections to the guideline calculation.

                              Very truly yours,

                              JEFFREY M. ANDERSON
                              Acting United States Attorney

                              By:    /s/
                              MEREDITH P. DUCHEMIN
                              Assistant United States Attorney

Cc:    US District Judge James D Peterson
        Attorney Daniel Sanders