## COURTROOM MINUTES
## SENTENCING / JUDICIAL REVIEW

DATE: _____ DAY: _____ START TIME: _____ END TIME: _____

JUDGE/MAG.: _____ CLERK: _____ REPORTER: _____

PROBATION OFFICER: _____ INTERPRETER: _____ SWORN:

CASE NUMBER: _____ CASE NAME:  USA v. _____

**APPEARANCES:**

AUSA: _____ DEFENDANT ATTY.: _____

_____  _____

DEFENDANT PRESENT:

**SENTENCING GUIDELINE RANGE:**

   TOTAL OFFENSE LEVEL: _____   CRIMINAL HISTORY CATEGORY: _____

   ADVISORY GUIDELINE IMPRISONMENT RANGE: _____ to _____ MONTHS.

**SENTENCE:**

COUNT(S) _____:   INDICTMENT   INFORMATION

CBOP  CT. _____;  _____ MOS.;  _____ YRS. S/R;  $ _____ CA; $ _____ REST.; $ _____ FINE.

   CT. _____;  _____ MOS.;  _____ YRS. S/R;  $ _____ CA; $ _____ REST.; $ _____ FINE.

   VOLUNTARY SURRENDER: _____ between _____ and _____;

   RELEASE CONDITIONS CONTINUED.

   DETAINED.

**ACTIONS:**

   PLEA AGREEMENT ACCEPTED

   DEFENDANT ADVISED OF RIGHT TO ALLOCUTE (OPPORTUNITY TO SPEAK)

   DEFENDANT ADVISED OF RIGHT TO APPEAL

   GOVERNMENT MOTION TO DISMISS REMAINING COUNTS GRANTED

   REVOKED

**NOTES:**

_____

_____

_____

TOTAL COURT TIME: _____