IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                Case No.: 15-CR-00038-005-jdp

RICHARD UGBAH,

        Defendant.

ORDER TO AMEND CRIMINAL JUDGMENT

1.     On October 5, 2016, a federal grand jury sitting in Madison, Wisconsin, returned a second superseding indictment against Richard Ugbah. The second superseding indictment also contained a forfeiture allegation for the forfeiture of:

    a.     any property, real or personal, which constitutes or is derived from proceeds traceable to the offense. The property to be forfeited includes, but is not limited to, the following:

        1.     Bank of America account number 334045797602 held in the name of Richard Ugbah. The balance in this account as of April 1, 2015 was $1,194.02.

        2.     Bank of America account number 334045797594 held in the name of Richard Ugbah. The balance in this account as of April 1, 2015 was $26,198.57.

        3.     Mercedes Benz C300 automobile; VIN No. 55SWF4JBFU094831.

2. On March 14, 2017, the defendant, Richard Ugbah, pleaded guilty to count four of the second superseding indictment. In the plea agreement, the defendant agreed to the forfeiture of the assets listed in the second superseding indictment.

3. On April 10, 2017, this Court entered a Preliminary Order of Forfeiture.

4. Notice of the forfeiture was published on the official internet government forfeiture site www.forfeiture.gov from April 13, 2017 to May 7, 2017.

5. The defendant was sentenced by this Court on November 20, 2017. The forfeiture was included in the oral pronouncement of the sentence.

6. On November 22, 2017, a Judgment in a Criminal Case was entered following defendant's sentencing. The Judgment makes no reference to the forfeiture.

7. Fed. R. Crim. P. 32.2(b)(4)(B) and 36 provide this Court with authority to correct a clerical error in a previously entered judgment;

NOW, THEREFORE, IT IS HEREBY ORDERED that the criminal judgment in this action shall be amended to include, as part of Richard Ugbah's sentence, forfeiture consisting of:

    a. any property, real or personal, which constitutes or is derived from proceeds traceable to the offense. The property to be forfeited includes, but is not limited to, the following:

        1. Bank of America account number 334045797602 held in the name of Richard Ugbah. The balance in this account as of April 1, 2015 was $1,194.02.

2. Bank of America account number 334045797594 held in the name of Richard Ugbah. The balance in this account as of April 1, 2015 was $26,198.57.

3. Mercedes Benz C300 automobile; VIN No. 55SWF4JBFU094831.

DATED: DECEMBER 11, 2017

JAMES D. PETERSON
United States District Judge